USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: 22 FISKE PLACE, LLC

1:20-cv-1250 (MKV)

ORDER DENYING STAY

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Appellant Nicholas Gordon's request to stay the Order of the Bankruptcy Court dated January 28, 2020 pending the resolution of this appeal from that Order [ECF #6, 12, 13]. The Court is also in receipt of Appellee's letters in opposition to that request [ECF #7, 14]. The Court has reviewed the record on appeal [ECF #5]. The request to stay the January 28, 2020 Order of the Bankruptcy Court is DENIED.

The Court also notes that Appellant's counsel, Mr. Chapman, must file a notice of appearance.

**SO ORDERED.**

**Date: May 27, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**